# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 20, 2015

## NO. 03-15-00277-CR

**Robie Lee Lawhon, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 20TH DISTRICT COURT OF MILAM COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.